**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6927

MARKIS RASAAN ALLEN, a/k/a/ Markis R. Allen,

Plaintiff - Appellant,

v.

SHERIFF OF BEAUFORT COUNTY; WARDEN OF CENTRAL PRISON; WARDEN OF GRANVILLE CORRECTIONAL; BILLY O. COOPER; JOYCE Y. KERNS-CORRELL; EDITH M. GREENE; ELRIDGE WALKER; CASE MANAGER ALLEN; BRYAN T. HARRIS; D.C.C. BOARD; MEDICAL STAFF AT CENTRAL PRISON; SHERIFF OF WAKE COUNTY; STATE OF NORTH CAROLINA; JOY L. DAVIS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Dever III, District Judge. (5:23-ct-03190-D-RJ)

Submitted: December 5, 2024                    Decided: December 10, 2024

Before GREGORY and RICHARDSON, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Markis Rasaan Allen, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Markis Rasaan Allen seeks to appeal the district court's order granting in part his motion for reconsideration, reopening his 42 U.S.C. § 1983 action, and dismissing some—but not all—claims. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Presently, the record does not contain a final order or an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*